```
                        United States Bankruptcy Court
                          Northern District of Ohio
In re:                                                              Case No. 16-10465-jps
Brian P Murphy                                                      Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0647-1         User: mgaug              Page 1 of 1             Date Rcvd: Feb 24, 2016
                             Form ID: 158             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2016.
db            +Brian P Murphy,    2201 Acacia Park Drive Apt 506,    Lyndhurst, OH 44124-3841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2016                            Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2016 at the address(es) listed below:
              C. Timothy Murphy, III    on behalf of Debtor Brian P Murphy murphy@murphyslawllc.com
              David O Simon    david@simonlpa.com, dosimon@ecf.epiqsystems.com
                                                                                             TOTAL: 2

**IT IS SO ORDERED**



ENTERED UNDER ADMINISTRATIVE
ORDER NO. 11–02: KENNETH J. HIRZ,
CLERK OF COURT
BY: /s/ Michael Gaughan
     Deputy Clerk

**Dated: February 24, 2016**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In re:**<br>Brian P Murphy<br>2201 Acacia Park Drive Apt 506<br>Lyndhurst, OH 44124 | **Case Number:** 16–10465–jps<br><br>**Chapter:** 7<br><br>**Judge:** JESSICA E. PRICE SMITH |

### ORDER TO APPEAR AND SHOW CAUSE

It appears to the Court that the Debtor(s) failed to:

☐ file the current Voluntary Petition (Official Form B101)(12/15).

☐ file Individual Debtor's Statement of Compliance with Credit Counseling Requirement (Official Form B101) as required by Bankruptcy Rule 1007(b)(3) and (c).

☐ file Certificate of Credit Counseling as required by 11 U.S.C. § 521(b)(1).

☐ file a matrix/list of creditors.

☐ file a plan within the time required by Bankruptcy Rule 3015.

☐ file schedules and statements timely under 11 U.S.C. § 521 and Bankruptcy Rule 1007(c).

☐ pay filing fee installment(s) as required by this Court's order.

☐ pay filing fee for:

☐ file Your Statement About Your Social Security Numbers (Official Form B121) as required by Bankruptcy Rule 1007(f).

☑ file Declaration re Electronic Filing as required by the Electronic Case Filing (ECF) Administrative Procedures Manual.

☐ file applicable Statement of Current Monthly Income (Official Form B122A–1, B122A–1Supp, B122A–2, B122B, B122C–1 or B122C–2) as required by 11 U.S.C. § 521(a)(1) and Bankruptcy Rule 1007(b) and (c).

☐ file Notice Required by 11 U.S.C § 342(b) for Individuals Filing for Bankruptcy (Form

B2010) as required by 11 U.S.C. §§ 342(b) and 521(a).

☐ file copies of all payment advices received within 60 days before the date of the filing of the petition as required by 11 U.S.C. § 521(a)(1) and Bankruptcy Rule 1007.

☐ file Attorney's Disclosure of Compensation (Form B2030) as required by 11 U.S.C. § 329 and Bankruptcy Rule 2016(b).

☐ file Disclosure of Compensation of Bankruptcy Petition Preparer (Form B2800) as required by 11 U.S.C. § 110(h) and Bankruptcy Rule 2016(c).

☐ other:

WHEREFORE, the Court orders that the attorney for the Debtor(s) or the Debtor(s), if proceeding *pro se*, must appear at a hearing scheduled for **March 22, 2016, at 09:30 AM** in Courtroom 2B of the Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114−1235, and show cause why this case should not be dismissed or converted under 11 U.S.C. §§ 707, 1112, or 1307 for the failure(s) described above. **Filing the document(s) or paying the fee(s) shall not excuse the attorney or *pro se* Debtor(s) from appearing at the hearing unless the Court advises otherwise.** In addition, if the Court finds that it is in the best interests of creditors and the estate not to dismiss the case, the failure of the Debtor(s) to pay in full all filing fees will prevent the Debtor(s) from receiving a discharge.

**Form: ohnb 158 (12/15)**